AO 93 (Rev. 11/13) Search and Seizure Warrant



SEALED

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

SEALED

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   3:18-mj-00052
U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 )
2334 01" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a )
delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   West Virginia
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 01" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" presently located at the Huntington Post Office in Cabell County, West Virginia.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 01" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" and its contents, including, but not limited to controlled substances and evidence of a violation of 21 U.S.C.841(a)(1) and 846.

**YOU ARE COMMANDED** to execute this warrant on or before   August 9, 2018   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Cheryl A. Eifert  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   July 26, 2018 @ 9:34 am

City and state:   Huntington, West Virginia

*Judge's signature*

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:18-mj-00052 | Date and time warrant executed: 10:07  7/27/18 | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : CPL Kevin Williams | | |

Inventory of the property taken and name of any person(s) seized:

1 lbs 12.3 oz of white powder

2 lbs 11.4 oz of marijuana

**FILED**
JUL 30 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/30/18

_Executing officer's signature_

Robert D. Domenico Postal Inspector
_Printed name and title_